**UNITED STATES DISTRICT COURT**         **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**         **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                DATE: 10/23/2017
        U.S. MAGISTRATE JUDGE         TIME: 2:00 pm

**CASE: CV 15-5198 (SIL) Rivas v. Dom's Lawnmaker, Inc. et al**

TYPE OF CONFERENCE:   SETTLEMENT/MOTION    FTR: 1:53-1:55; 1:58-1:59

APPEARANCES:
      For Plaintiff:  Heather Babione

      For Defendant: David Robins

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ]
      submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
      The action will be tried in accordance with the discretion and the trial calendar of the
      District Judge.

☒    Other: Motion hearing held. Having reviewed the parties' joint submission in support
      thereof, as well as the Settlement Agreement itself, the Court finds that the Settlement
      Agreement's terms are fair and reasonable. See Cheeks v. Freeport Pancake House, Inc.,
      796 F.3d 199, 206 (2d Cir. 2015); Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335
      (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement
      to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is
      approved and this case is hereby closed. So Ordered by Magistrate Judge Steven I. Locke
      on 10/23/2017.

                      SO ORDERED

                      /s/Steven I. Locke
                      STEVEN I. LOCKE
                      United States Magistrate Judge